MINNIE EVROTAS v. ADAMANTIOS EVROTAS.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of JOHN BAPTIST MARSHALL, an Attorney.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of SIMON O. POLLOCK, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of GEORGE E. REYNOLDS, an Attorney.— Reference ordered to Hon. Vernon M. Davis, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THOMAS P. FORD, Respondent, v. SHERMAN-ELWOOD BUILDING CORPORATION, Appellant, and Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN KUBAT, Respondent, v. 77TH STREET-WEST END AVENUE CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Finch and Martin, JJ., dissent.

SIMON KIRSCH, Appellant, v. HERBERT LUBIN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [131 Misc. 700.]

SCHUYLKILL FUEL CORPORATION, Respondent, v. B. & C. NIEBERG REALTY CORPORATION, INC., and Others, Appellants, Impleaded, etc. (Action No. 1.) — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SCHUYLKILL FUEL CORPORATION, Respondent, v. B. & C. NIEBERG REALTY CORPORATION, INC., and Others, Appellants, Impleaded, etc. (Action No. 2.) — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SCHUYLKILL FUEL CORPORATION, Respondent, v. B. & C. NIEBERG REALTY CORPORATION, INC., and Others, Appellants, Impleaded, etc. (Action No. 4.) — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABRAHAM B. KRAM, Respondent, v. V. EVERETT MACY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES WARD, Respondent, v. P. H. KEAHON, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM A. AYCRIGG, as Administrator, etc., of JEANIE A. VALENTINE, Deceased, and BALLSTON SPA NATIONAL BANK, as Executor, etc., of WILLIAM A. VALENTINE, Deceased, Respondents, v. JOHN B. AYCRIGG and Others, Respondents. PASSAIC NATIONAL BANK and Another, as Executors and Trustees, etc., of JAMES N. FULLER, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [128 Misc. 635.]